IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN DE LA TORRE VAZQUEZ,<br>JOSHUA HERNANDEZ,<br>BENJAMIN CALVIN JOHNSON, and<br>GEOVANNI YAIR SANCHEZ,<br><br>Defendants. | Case No. 2:26-CR-00142<br><br>**ORDER UNSEALING**<br><br>Magistrate Judge Dustin B. Pead |

Based upon the motion to unseal filed by the United States, and for good cause

showing, the Court hereby ORDERS that this matter be UNSEALED.

Dated this 4th day of May, 2026.

BY THE COURT:

_____

DUSTIN B. PEAD
Magistrate Judge, District of Utah